**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **SWIRLATE IP LLC,**<br><br>             Plaintiff,<br><br>   v.<br><br>**NOODOE INC.,**<br><br>             Defendant. | C.A. No. 4:22-cv-03744<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed by and between Plaintiff Swirlate IP LLC and Defendant Noodoe, Inc., through their undersigned counsel, that all claims asserted by the Plaintiff in this action are dismissed WITH PREJUDICE and all counterclaims asserted by the Defendant in this action are dismissed WITHOUT PREJUDICE. Each Party shall bear its own costs, expenses, and attorneys' fees.

February 8, 2023

Respectfully Submitted,

*/s/ Noel F. Chakkalakal*
Neil J. McNabnay
Lance E. Wyatt
Aaron P. Pirouznia
Noel F. Chakkalakal
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091
mcnabnay@fr.com
wyatt@fr.com
pirouznia@fr.com

**ATTORNEYS FOR DEFENDANT
NOODOE, INC.**

*/s/ David R. Bennett*
Neal Massand
TX Bar No.: 24039038
Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75251
Tel: (972) 331-4600
Fax: (972) 314-0900
Email: nmassand@nilawfirm.com

OF COUNSEL:

David R. Bennett
(Admitted *pro hac vice*)
Illinois Bar No. 6244214
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184

1

2

(312) 291-1667
dbennett@directionip.com

**ATTORNEYS FOR PLAINTIFF
SWIRLATE IP LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing document was served on all parties who have appeared in this case on February 8, 2023, and who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ David R. Bennett*
David Bennett