UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
February 08, 2023
Nathan Ochsner, Clerk

Swirlate IP LLC,                          §
                                          §
              Plaintiff,                  §
                                          §
versus                                    §        Civil Action H-22-3744
                                          §
Noodoe Inc.,                              §
                                          §
              Defendant.                  §

## Final Voluntary Dismissal

Having received the parties' stipulation of voluntary dismissal, Swirlate IP LLC's claims against Noodoe, Inc, are dismissed with prejudice to the refiling of the same claims. Noodoe's claims against Swirlate are dismissed without prejudice to the refiling of the same claims. Each party will bear its own costs. (22)

Signed on February 8, 2023, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge